**STATE of Missouri, Respondent**

v.

**Orlando HAYES, Appellant.**

**No. WD 66201.**

Missouri Court of Appeals, Western District.

Jan. 23, 2007.

Ellen H. Flottman, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before ULRICH, P.J., LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appellant Orlando Hayes was convicted of kidnapping and rape in Howard County. He raises two points on appeal: (1) sufficiency of the evidence on the kidnapping count; and (2) improper cross-examination. Judgment affirmed. Rule 30.25(b).